UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN E.,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>Kilolo KIJAKAZI,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-cv-0049-AGS-BGS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF 40) AND REMANDING FOR FURTHER PROCEEDINGS** |

On August 18, 2023, the magistrate judge issued a report and recommendation, urging this Court to reverse the Social Security Administration's denial of benefits and remand the case for further proceedings. (*See* ECF 22, at 39–40.) Objections were due "September 1, 2023." (*Id.* at 40.) To date, no party has objected. The district judge "must review the magistrate judge's findings and recommendations de novo if objection is made, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (citing 18 U.S.C. § 636(b)). Having reviewed the report and recommendation, the Court finds it well reasoned and without any clear error. So, the Court adopts the magistrate judge's report and recommendation. For the reasons outlined in the report and recommendation (ECF 22), the case is **REMANDED** for further proceedings. The Clerk will issue a judgment and close this case.

Dated:  September 5, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　Andrew G. Schopler
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge